HERMAN NASH, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted October 11, 1954; decided October 14, 1954.

*Herman Nash,* in person, for motion.

*Adrian P. Burke, Corporation Counsel (Seymour B. Quel* and *Fred Iscol* of counsel), opposed.

Motion dismissed upon the ground that the orders are not final determinations within the meaning of the Constitution.

In the Matter of WANDA H. ROTKIEWICZ, Respondent, against DEPARTMENT OF MENTAL HYGIENE OF THE STATE OF NEW YORK et al., Appellants.

Argued October 7, 1954; decided October 21, 1954.

*Nathaniel L. Goldstein, Attorney-General (J. Bruce Mac-Donald, Wendell P. Brown* and *Raymond B. Madden* of counsel), for appellants.

*Salvador J. Capecelatro, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FROESSEL and VAN VOORHIS, JJ. Taking no part: FULD, J.

In the Matter of the Estate of AMELIA H. ABRAMS, Deceased. CHARLES DEICKLER et al., Individually and as Executors of AMELIA H. ABRAMS, Deceased, Respondents; OSCAR ABRAMS, Appellant.

Argued October 5, 1954; decided October 21, 1954.

